TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00089-CR






Scott Lee Orson, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT


NO. 55,019, HONORABLE JOE CARROLL, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
Mr. James H. Kreimeyer, is ordered to tender a brief in this cause no later than August 23, 2004. No
further extension of time will be granted.

It is ordered July 19, 2004.


Before Justices Kidd, B. A. Smith and Pemberton

Do Not Publish